UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 1:22-MJ-491 |
| SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON- DISCLOSURE ORDERS | MAGISTRATE JUDGE LITKOVITZ |

## ORDER UNSEALING CASE

This matter is before the Court on the motion of the United States to permanently seal certain documents and unseal the case. For the reasons stated by the United States and for good cause, the motion is **GRANTED**. It is hereby **ORDERED**:

1. The original Application and supporting Affidavit (Doc. 1) and the original Search Warrant (Doc. 2) shall be permanently sealed.

2. The redacted versions of the Application, supporting Affidavit, Search Warrant and Search Warrant Return shall be filed on the Court's docket.

3. All other documents shall remain unsealed.

4. This case shall be unsealed.

**IT IS SO ORDERED.**

DATE: 1/2/2024

HON. KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE